

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00210-CR

## IN RE FRED FRANKLIN ALEXANDER

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Fred Franklin Alexander's "Motion Requesting a Court Order to Court Appointed Counsel Mr. Bruno Shimek to File a Motion to Withdraw and Anders Brief," which we are treating as a petition for writ of mandamus, is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed June 23, 2010
Do not publish
[CR25]